

IT IS SO ORDERED

*Judge Edward J. Davila*

DATED: 10/22/2015

David C. Wakefield, Esq.    Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT McCARTHY**<br><br>      Plaintiff<br><br>v.<br><br>**RAM HOTELS LLC**; and DOES 1 THROUGH 10, Inclusive<br><br><br>      Defendants | Case No.: 5:15-cv-03483-EJD<br><br>VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY REQUESTED by the Plaintiff ROBERT McCARTHY and/or through his attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant RAM HOTELS LLC from Plaintiff's Complaint, Case Number 5:15-cv-03483-NC. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety.

The Clerk shall close this file.

**IT IS SO REQUESTED.**

VOLUNTARY DISMISSAL

1

1

2    Dated:   __October 19, 2015__          **Law Offices of David C. Wakefield**
                                           By: /s/DAVID C. WAKEFIELD, ESQ.
3                                          Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VOLUNTARY DISMISSAL                                        2